```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04908
    FRANCISCO M MARTINEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-8355

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/01/2008 and was confirmed 04/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    1.00%.

     The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG          .00            .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE          .00            .00            .00
AMERICAS SERVICING COMPA  UNSECURED         NOT FILED           .00            .00
GMAC RESCAP LLC           CURRENT MORTG          .00            .00            .00
GMAC RESCAP LLC           MORTGAGE ARRE      4200.00            .00            .00
CAPITAL ONE               UNSECURED          3196.57            .00            .00
LVNV FUNDING              UNSECURED          7763.94            .00            .00
COMMONWEALTH EDISON       UNSECURED          5424.65            .00            .00
ECAST SETTLEMENT          UNSECURED          4340.27            .00            .00
NICOR GAS                 UNSECURED         NOT FILED           .00            .00
LVNV FUNDING LLC          UNSECURED          1573.45            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          4993.75            .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY       NOT FILED           .00            .00
JOSE GUADALUPE VELASQUEZ  SECURED NOT I         .00            .00            .00
JOSE GUADALUPE VELASQUEZ  UNSECURED         21595.00            .00            .00
JOSE GUADALUPE VELASQUEZ  SECURED NOT I         .00            .00            .00
JOSE GUADALUPE VELASQUEZ  UNSECURED             .00            .00            .00
RIVER NORTH GROUP         DEBTOR ATTY       2,000.00                       1,490.53
TOM VAUGHN                TRUSTEE                                            129.61
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               1,620.14

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             1,490.53
TRUSTEE COMPENSATION                         129.61
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04908 FRANCISCO M MARTINEZ

```
DEBTOR REFUND                                                          .00
                                        ---------------   ---------------
TOTALS                                         1,620.14          1,620.14
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE